IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPENCER FARWELL, JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-1517 |
| | § | |
| LEGAND CROSBY, *et al.,* | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER**

The plaintiff has filed a motion for extension of time to respond to the court's Order for More Definite Statement. He asserts that he did not receive page two of the Order. The Clerk of Court is directed to provide the plaintiff with a complete copy of this court's Order for More Definite Statement, (Docket Entry No. 4).

The plaintiff's motion for extension of time, (Docket Entry No. 5), is granted. The plaintiff must file a response to the court's Order for More Definite Statement no later than September 15, 2009. Failure to comply as directed may result in dismissal of this action for want of prosecution.

SIGNED on July 29, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge